# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

139342-3

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LOIS SCOTT,
　　　　　Plaintiff-Appellant,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
　　　　　Intervening Plaintiff,

v

NORTHWEST AIRLINES, INC., and LIBERTY
MUTUAL INSURANCE COMPANY,
　　　　　Defendants-Appellees.

SC: 139342-3
COA: 290990, 291012
WCAC: 07-000258

_____/

　　　　On order of the Court, the application for leave to appeal the June 10, 2009 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　　KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009

_____
Clerk